843 A.2d 1220

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Hakim ROBINSON, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 8, 2003.

### *ORDER*

PER CURIAM.

**AND NOW,** this 8th. day of December, 2003, the Petition for Allowance of Appeal is **GRANTED LIMITED** to the question "Whether Petitioner was denied his Confrontation Clause rights as guaranteed under the United States and Pennsylvania Constitutions by the redaction and reading of

codefendants' statements which referenced him as 'the first guy' or '[blank]' and referred to the statements as 'redacted' ".